Emily DEMMLER, Plaintiff–Appellee,

v.

CITY OF HOUSTON, et al, Defendants,

C.O. Bradford, Chief, Defendant–
Appellant.

William Thomas Gilmore,
Plaintiff–Appellee,

v.

City of Houston, et al, Defendants,

Chief C.O. Bradford, Defendant–
Appellant.

Brandi Ratliff; William Ryan
Grenwelge, Plaintiffs–
Appellees,

v.

City of Houston, et al, Defendants,

C.O. Bradford, Defendant–Appellant.

Edgar Coello; Monica Coello Ashford;
Elizabeth Ann Gurske; Jessica Coello
Guillem; Individually and as Next
Friend of Isabella Guillem, a Minor,
Plaintiffs–Appellees,

v.

City of Houston, et al, Defendants,

Chief C.O. Bradford, in his capacity as
chief of police of the Houston Police
Department, Defendant–Appellant.

Leslie Richie, Plaintiff–Appellee,

v.

City of Houston, et al, Defendants,

C.O. Bradford, Chief, Defendant–
Appellant.

Sarah Sponsel, Plaintiff–Appellee,

v.

City of Houston, et al, Defendants,

Chief C.O. Bradford, Defendant–
Appellant.

Roland T. Ross, Individually and as
Next Friend For Ramond Ross, and
Roshanda Ross, Minor Child, Ramond
Ross, Minor; Roshanda Ross, Plain-
tiffs–Appellees,

v.

City of Houston, et al, Defendants,

C.O. Bradford, Chief, in his capacity as
chief of police of the Houston Police
Department, Defendant–Appellant.

Chad Cory; Adam Adams; Eleazar
Aguilar; Luis Aguilar; Felix Ali-
pio, et al., Plaintiffs–Appellees,

v.

City of Houston, et al, Defendants,

**Chief of Police C.O. Bradford,
Defendant–Appellant.**

**Cori Lopez; Michael Guerra; Rashaan
Harris; Donny Itty; Charles Kell,
et al., Plaintiffs–Appellees,**

v.

**City of Houston, et al, Defendants,**

**C.O. Bradford, Chief, in his capacity as
chief of police of the Houston Police
Department, Defendant–Appellant.**

Nos. 05–20719, 05–20720, 05–20724, 05–
20725, 05–20729, 05–20743, 05–
20744, 05–20756, 05–20752
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 4, 2007.

Michael W. Kerensky, The Kerensky
Law Firm, Patricia Kay Dube, Burt Barr
& Associates, L.L.P., Olney G. Wallis, Wal-
lis & Scott, Houston, TX, Paul B. Rosen,
Steven Rocket Rosen, Law Office of Paul
B. Rosen, Bellaire, TX, for Plaintiffs–Ap-
pellees.

Robert L. Cambrice, Andrea Chan, As-
sistant City Attorney, The City of Houston
Legal Department, Houston, TX, for De-
fendant–Appellant.

Before JOLLY, DENNIS, and
CLEMENT, Circuit Judges.

PER CURIAM: *

Appellant C.O. Bradford, former Chief
of the Houston Police Department, has
filed interlocutory appeals of the orders
denying summary judgment on his quali-
fied immunity defense in a number of
cases filed against him stemming from a
sting operation targeting illegal street rac-
ing. A district court's decision to deny
qualified immunity on a motion for sum-
mary judgment is only immediately ap-
pealable if it turns on an issue of law, and
is not appealable if it is based on a claim
regarding the sufficiency of the evidence.
*Gobert v. Caldwell,* 463 F.3d 339, 344 (5th
Cir.2006). Bradford disputes only the fac-
tual determinations of the district court
and whether the evidence was sufficient to
proceed. We therefore lack jurisdiction to
hear this interlocutory appeal, *id.,* and
DISMISS THE APPEAL for lack of juris-
diction.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
  determined that this opinion should not be
  published and is not precedent except under
  the limited circumstances set forth in 5TH CIR.
  R. 47.5.4.